## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  APPLICATION OF BRUCE R.   : No. 2 WM 2016
BEEMER, FIRST DEPUTY ATTORNEY   :
GENERAL OF THE COMMONWEALTH   :
OF PENNSYLVANIA, REQUESTING AN   :
ORDER DIRECTING THAT AN   :
ADDITIONAL MULTICOUNTY   :
INVESTIGATING GRAND JURY HAVING   :
STATEWIDE JURISDICTION BE   :
CONVENED

## ORDER

**AND NOW**, this 14th day of  January, 2016, upon consideration of the application of Bruce R. Beemer, First Deputy Attorney General of the Commonwealth of Pennsylvania, acting pursuant to 71 P.S. §762, and it appearing to the Court that the granting of the application is appropriate under the Investigating Grand Jury Act, 42 Pa.C.S. §§ 4541 *et seq.*, it is hereby **ORDERED** as follows:

1.      The First Deputy Attorney General's Application requesting an Order directing that an additional multicounty investigating grand jury having statewide jurisdiction ("Fortieth Statewide Investigating Grand Jury") be convened is hereby **GRANTED**.

2.      The Honorable Norman A. Krumenacker, III, Judge of the Court of Common Pleas, Forty-Seventh Judicial District, Cambria County, Pennsylvania, is hereby designated as Supervising Judge of the Fortieth Statewide Investigating Grand Jury.  Any applications and motions relating to the work of the Fortieth Statewide Investigating Grand Jury—including motions for disclosure of grand jury transcripts and

evidence—shall be presented to said Supervising Judge. With respect to investigations, presentments, reports, and all other proper activities of the Fortieth Statewide Investigating Grand Jury, Judge Krumenacker, as Supervising Judge, shall have jurisdiction over all counties throughout the Commonwealth of Pennsylvania. Judge Krumenacker may temporarily designate another Judge who has been appointed by this Court as the Supervising Judge of a multicounty investigating grand jury having statewide jurisdiction to act as Acting Supervising Judge of the Fortieth Statewide Investigating Grand Jury when he is absent or otherwise unavailable.

3. Allegheny County is designated as the location for the Fortieth Statewide Investigating Grand Jury proceedings.

4. The Court Administrator of Pennsylvania is directed to draw six counties at random from the Western District of Pennsylvania pursuant to the provisions of Rule 241(A)(1) of the Pennsylvania Rules of Criminal Procedure, Pa.R.Crim.P. 241(A)(1), and these six counties, plus Allegheny County, shall together supply jurors for the Fortieth Statewide Investigating Grand Jury.

5. The Court Administrator of Pennsylvania is directed to obtain the names and addresses of persons residing in the aforesaid counties who are eligible by law to serve as grand jurors pursuant to the provisions of Rule 241(A)(2) of the Pennsylvania Rules of Criminal Procedure, Pa.R.Crim.P. 241(A)(2).

6. The total of such names of prospective jurors to be collected shall be two hundred, of which fifty shall be selected at random and summoned by the Court Administrator of Pennsylvania to Allegheny County. The Supervising Judge shall impanel the Fortieth Statewide Investigating Grand Jury from this panel of fifty

prospective jurors. If it becomes necessary, additional prospective jurors shall be summoned by the Supervising Judge from among the remaining one hundred fifty prospective jurors.

7. The Fortieth Statewide Investigating Grand Jury will remain in session for not more than eighteen months following the date that it is impaneled by the Supervising Judge.

8. The First Deputy Attorney General of the Commonwealth of Pennsylvania, or his designee in charge of the Fortieth Statewide Investigating Grand Jury, may apply, if necessary, to the Supervising Judge for an extension of the term of the Fortieth Statewide Investigating Grand Jury for an additional period of up to six months, if, at the end of its original term, the Investigating Grand Jury determines by majority vote that it has not completed its business. The Grand Jury's term, including any extension thereof, shall not exceed twenty-four months from the date it was originally impaneled by the Supervising Judge.

9. In addition to maintaining control of transcripts and evidence as provided by Pa.R.Crim.P. 229 and controlling disclosure of matters occurring before the 40th Statewide Investigating Grand Jury as provided by 42 Pa.C.S. §4549, the Supervising Judge shall have the same duties and powers relating to maintaining grand jury secrecy with respect to each prior Statewide Investigating Grand Jury convened in Allegheny County.

THOMAS G. SAYLOR
Chief Justice of Pennsylvania

2 WM 2016 - 3